**Exhibit A to the Complaint**

**Location:** Kahului, HI                                                                 **IP Address:** 76.39.35.128
**Total Works Infringed:** 28                                                        **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FE95027E276889433D3CAFD889430FC9E5218A78<br>File Hash:<br>C35632113546542FC0F559FCB56D2B90904C4811C04F34D4276D70446ADD58AA | 12-09-2023<br>14:05:06 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 2 | Info Hash: 45A754641A1D1E9E5F37A57FE2E8D619337AB66C<br>File Hash:<br>763983F728A4378C1C680B4EC47957732C119A2CBFA395DCDE32F079D17CF3D5 | 12-09-2023<br>13:56:28 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 3 | Info Hash: DE3A9D03B7773E3128A1B787A46970A074622D17<br>File Hash:<br>14E05989A6725E7102285D9ED4B6F215D9838E9E107E6E825671D2051F76A1F3 | 11-25-2023<br>09:47:58 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 4 | Info Hash: CDB4AE296B3B0A476C109657155EA052C58963EF<br>File Hash:<br>E00A00627822ECBBC942E6EE9D38F8A598FC84352F28C75A26ADF502783EB593 | 11-11-2023<br>23:54:52 | Vixen | 10-27-2023 | 12-05-2023 | PA0002443585 |
| 5 | Info Hash: 14B44741C23ADCC92060FA01967569F65BA83E53<br>File Hash:<br>11A18886A0338A716BCE2D593973322313C8B4F9C15EBA39AE3BE6B117CC8C28 | 10-27-2023<br>22:10:45 | Tushy | 09-23-2017 | 10-09-2017 | PA0002086134 |
| 6 | Info Hash: DE76424EBE653EFB78920C417AA004896CA39985<br>File Hash:<br>52D76523A1F94791C146EDDE9BFC32CE235A58B9E31FDB80B83AB52EDFF94B81 | 08-09-2023<br>12:02:50 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 7 | Info Hash: A51A8282382577B046186F001E8EB1475DDCE5E7<br>File Hash:<br>AC5EE3078EEA082CFD62A5C8EA533D0CEE9305CBAA365340FF529D7A04E92FA7 | 08-08-2023<br>06:50:30 | Slayed | 06-13-2023 | 07-14-2023 | PA0002427510 |
| 8 | Info Hash: 8B3EE2BB8649CFF6A98EF1052C9193229B24CFFF<br>File Hash:<br>7ABA3898446F121CEBFA5CDC7FE176A16F2911009A0A6910051E3CC27FC11659 | 08-07-2023<br>14:15:35 | Vixen | 06-30-2023 | 07-13-2023 | PA0002420344 |
| 9 | Info Hash: 67282BF368D12FF0DD4E68534F6CE68DA55A7619<br>File Hash:<br>D0BD30DC6282B52B89F752DD5529C0A3F425F996E3F8E0F5C5ECE7DECE77A49E | 08-07-2023<br>00:19:25 | Tushy | 05-24-2020 | 06-16-2020 | PA0002253262 |
| 10 | Info Hash: D9CB1C2EBE8303087079AF643E4A0EBE32807DAC<br>File Hash:<br>CBE95E297E01C5B597239341A4EF6B7000AA78061E3E7E587CC00547FB2CD05B | 08-07-2023<br>00:18:26 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 11 | Info Hash: 8DBCC04BF498B9E28D3AC3F7C31642C47245C765<br>File Hash:<br>84B84B1CD5DBABEBD937152277863DD62953535D190660D2763FAA14400BA711 | 08-06-2023<br>23:25:36 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: DAC594BA3910BF5E1EB9B1ECC6192E0204467264<br>File Hash:<br>250E82D7D8A2F74F87E778A300CE340586C3467D5F3409E4CEC9CDA0F15B3052 | 08-06-2023<br>20:23:40 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 13 | Info Hash: B5E86403BBD9E107A768218EF9FE8AFE1B8B4A3A<br>File Hash:<br>7220A39C4EFA628C1BC1BA6AE75442C7BD96E2600BE0E95FEF45BB0D5898F565 | 07-27-2023<br>12:38:46 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 14 | Info Hash: 2120DFD96A20E8509A3633E7094AB1671FAC7067<br>File Hash:<br>8B6E54FD5073CA91378066DAB871D3A7719166D06817BEB2FE85337EAB117E7C | 07-27-2023<br>00:14:36 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 15 | Info Hash: 0578FFD8CDEABC85E4B7C69C070699E08412A8D5<br>File Hash:<br>219F703F65154A6BC11703DE6BB244D46D64F288303830061EE6000CA1605674 | 07-24-2023<br>22:09:43 | Blacked<br>Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 16 | Info Hash: DEE5DEEAA21BCF2A36DCCC02424FF1AAF59FAAED<br>File Hash:<br>16B2E27DF478C9F5A038464E642EB09626E7F270FC8E16614ECCA04564FE911A | 07-24-2023<br>12:39:29 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 17 | Info Hash: 965FEC6F83D93E3D37B5FD5BD6AB41B1198C93E3<br>File Hash:<br>F54D5B838BC9C97ECD0514BB6E1F13E8BCBCB96995C12DD891F4A0075DD2E61A | 07-24-2023<br>08:46:30 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 18 | Info Hash: 28EAA642CA985767B4EB098FD571550429777172<br>File Hash:<br>886DF6DB48FC266E1E5F33E97DEF9930715FB36B77C01D1B71ECD37DFF10B1F4 | 07-23-2023<br>22:29:45 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 19 | Info Hash: 74C92A000942F200B597264D4B2C4940F8623D0A<br>File Hash:<br>FF6488E527116FA92AD811D9F74EAA9E669F7867DEE3D78695ABE1343D0E8F1D | 07-16-2023<br>23:34:36 | Slayed | 01-03-2023 | 02-21-2023 | PA0002400998 |
| 20 | Info Hash: 0C522DBAA371FD95B7ECDD5CF6807F3D3AE21E24<br>File Hash:<br>74AFE0E69FBE6D38810155642C8EC497B2856660FE0FFEEA786CFB603C4E238B | 07-15-2023<br>10:34:26 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 21 | Info Hash: CC589DC03EF251A30AC5CC8A1ABC11548BB6798C<br>File Hash:<br>A91DC0E540A857FD97752855AD2278913702E702E2E00EB16A2F3E816AE22500 | 07-14-2023<br>22:17:51 | Vixen | 08-12-2018 | 09-01-2018 | PA0002119680 |
| 22 | Info Hash: A305A38A6C350EB4CA2A5DC2F7EBB50E6C0D11DF<br>File Hash:<br>957184E44EA41DAF1406CAD9ABA3738DA53651993922F3EEC117A26B14956CE1 | 06-25-2023<br>01:07:14 | Blacked<br>Raw | 09-14-2018 | 11-01-2018 | PA0002143423 |
| 23 | Info Hash: E82AD2ED432AA307E1613132DCF9205438004BFD<br>File Hash:<br>91BDB3668CC21EC56D5CD6B12FEA3CAACB01D234429E3C0705C6014871D3D1D3 | 06-13-2023<br>02:43:15 | Blacked<br>Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: 85A7D0B69B29F022A4B36BABF4A15380FFC542F8<br>File Hash:<br>13BACABECD8E03B9B75B816C38FF0A84D29DB71AC59380B290D954FD5C621531 | 06-12-2023<br>19:54:19 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 25 | Info Hash: DEB30DA176110810CF2483DE8708B1FA1260A274<br>File Hash:<br>B9FC7342BB9868DC100E68A644E269309F993763A86136C2D6FE74E270D4C477 | 06-12-2023<br>09:54:38 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 26 | Info Hash: B7FED358279E9DFB1F4AC53FBD793535B5BD700F<br>File Hash:<br>68393117762F6CAA5518BDDE37E3215A7F0AD368F590E9752F5DD9ACAD049872 | 06-06-2023<br>07:20:22 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 27 | Info Hash: 9B28A88C9D906C8A1FD82FC58C904B89B49D649C<br>File Hash:<br>4DDA8B4A98861A4DD3A9B837DA32A4D83498464044009B50949A977415C52D7E | 06-06-2023<br>07:20:10 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 28 | Info Hash: D9AB0A49CA29AA5CC6A9711F57728DF11900443D<br>File Hash:<br>612EB7ABF107081198F9583BEE843C2DFBDE916A6F5510B8A3C99041F1F9A212 | 06-06-2023<br>07:19:58 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |